IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WYATT FRAZER and DELLA MURPHY, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF EAST ST. LOUIS; ALVIN PARKS, JR., in his individual and official capacity as Mayor of the City of East St. Louis; and ROBERT BETTS, in his individual and official capacity as City Manager for the City of East St. Louis,<br><br>Defendants. | No. 09-cv-802-JPG-SCW |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision as to some issues and a jury having rendered a verdict as to others,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to a Court decision, judgment in part of Count 1 (claim under 42 U.S.C. § 1983 for retaliation for exercising First Amendment rights related to speech about hiring police officers) is entered in favor of defendants City of East St. Louis, Alvin Parks, Jr. and Robert Betts and against plaintiffs Wyatt Frazer and Della Murphy;

IT IS FURTHER ORDERED AND ADJUDGED that, pursuant to a Court decision, judgment in Count 2 (claim under 42 U.S.C. § 1985(3) for conspiracy to violate civil rights) is entered in favor of defendants City of East St. Louis, Alvin Parks, Jr. and Robert Betts and against plaintiffs Wyatt Frazer and Della Murphy;

IT IS FURTHER ORDERED AND ADJUDGED that, pursuant to a jury verdict, judgment in plaintiff Wyatt Frazer's claim in the remainder of Count 1 (claim under 42 U.S.C. § 1983 for retaliation for exercising First Amendment rights related to speech about hiring a police chief) is entered in favor of defendants City of East St. Louis, Alvin Parks, Jr. and Robert Betts and against plaintiff Wyatt Frazer.

IT IS FURTHER ORDERED AND ADJUDGED that, pursuant to a jury verdict, judgment in Count 3 (claim under 42 U.S.C. § 1981 for retaliation for complaining of allegedly discriminatory hiring practices) is entered in favor of plaintiffs Wyatt Frazer and Della Murphy and against defendants City of East St. Louis, Alvin Parks, Jr. and Robert Betts in the amount of $5,500 in compensatory damages and $15,000 in punitive damages to plaintiff Wyatt Frazer and in the amount of $5,500 in compensatory damages and $15,000 in punitive damages to plaintiff

Della Murphy; and

      IT IS FURTHER ORDERED AND ADJUDGED that, pursuant to a Court decision, judgment in Count 4 (claim for violation of East St. Louis Ordinance No. 01-10115) is entered in favor of defendants City of East St. Louis, Alvin Parks, Jr. and Robert Betts and against plaintiffs Wyatt Frazer and Della Murphy.

**DATED: July 14, 2011**         **NANCY J. ROSENSTENGEL, Clerk of Court**

                                        **By:s/Deborah Agans, Deputy Clerk**


**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**