UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WYATT FRAZER, et al., | ) ) ) ) |
| v. | ) Case No. 09-CV-802-JPG ) |
| CITY OF EAST ST. LOUIS, et al., | ) ) ) |
| Defendants. | ) ) |

PLAINTIFFS' MOTION FOR EXTENSION OF TIME
TO FILE PETITION FOR COSTS, EXPENSES AND ATTORNEY'S FEES

Now come the plaintiffs, by their attorneys, and move for an extension of time to file their petition for costs, expenses and attorney's fees in this cause. In support thereof, the plaintiffs state as follows:

1. Pursuant to Fed. R. Civ. P. 54(d), plaintiffs' motion for costs, expenses and attorney's fees must be filed within 14 days of entry of judgment.

2. The parties intend to confer about a settlement of the foregoing case, including the plaintiffs' claims for attorney's fees, and will be unable to accomplish this within the next two weeks because of the press of other business.

3. Counsel for the parties have conferred and the defendants have no objection to this motion.

WHEREFORE, the plaintiffs pray that this court grant an extension of time of thirty (30) days, to and including Aug. 15, 2011, for plaintiffs to file their motion for costs, expenses and attorney's fees.

Law Offices of Thomas E. Kennedy, III, L.C.

/s/Thomas E. Kennedy, III
Thomas E. Kennedy, III
Heather B. Navarro
230 S. Bemiston, Ste. 800
St. Louis, MO 63105
(314) 872-9041
(314) 872-9043 fax

Attorneys for the Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July 2011, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Heidi L. Eckert, Esq.
Hinshaw & Culbertson LLP
521 West Main St., Suite 300
Belleville, IL 62222-0509

John L. Gilbert, Esq.
Hinshaw & Culbertson LLP
156 N. Main St., Ste. 206
Edwardsville, IL 62025

/s/Thomas E. Kennedy, III