UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WYATT FRAZER, et al., | ) |
| | ) |
| v. | ) Case No. 09-CV-802-JPG |
| | ) |
| CITY OF EAST ST. LOUIS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This cause coming on for hearing on Plaintiffs' motion for an extension of time to file their petition for costs, expenses and attorney's fees (Doc. 67), for good cause shown,

IT IS HEREBY ORDERED that the plaintiffs' motion (Doc. 67) is **GRANTED** and that the plaintiffs shall file their motion for costs, expenses and attorney's fees on or before August 15, 2011.

s/J. Phil Gilbert
**UNITED STATES DISTRICT JUDGE**

**DATED: July 26, 2011**