IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WYATT FRAZER and DELLA MURPHY, Individually, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF EAST ST. LOUIS; ALVIN PARKS, JR., in his individual and official capacity as Mayor of the City of East St. Louis; and ROBERT BETTS, in his individual and official capacity as City Manager for the City of East St. Louis, <br><br> Defendants. | No. 09-cv-802-JPG-SCW |

## JUDGMENT OF ATTORNEY'S FEES AND COSTS

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment for attorney's fees in the amount of $75,449.50 plus costs in the amount of $5,452.22, for a total award of $80,901.72, is entered in favor of plaintiffs Wyatt Frazer and Della Murphy and against defendants City of East St. Louis, Alvin Parks, Jr. and Robert Betts.

**DATED: November 3, 2011**          NANCY J. ROSENSTENGEL, Clerk of Court

                                                                    **s/ Jina Hoyt, Deputy Clerk**


**Approved:**     s/ J. Phil Gilbert
                         **J. PHIL GILBERT**
                         **DISTRICT JUDGE**